# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| WILLIAMS H. WALTERS,<br><br>    Plaintiff,<br><br>vs.<br><br>BUREAU OF LAND MANAGEMENT, et al.,<br><br>    Defendants. | Case No. 2:10-cv-01310-RLH-GWF<br><br>**ORDER**<br><br>Motion to Extend Deadline for Filing Pretrial Order (#20) |

This matter comes before the Court on a Joint Motion to Extend the Deadline for Filing Pretrial Order (#20), filed on May 7, 2012.  The parties request to extend the deadline for filing the joint pretrial order in light of pending dispositive motions and a settlement conference scheduled for May 20, 2012.  Pursuant to LR 26-1 (e)(5), in the event dispositive motions are filed, the date for filing the joint pretrial order shall be suspended until 30 days after decision on the dispositive motion.  The Court will therefore grant the parties request.  Accordingly,

**IT IS HEREBY ORDERED** that Joint Motion to Extend the Deadline for Filing Pretrial Order (#20) is **granted**.  The Joint Pretrial Order is due 30 days after decision on the pending dispositive motions.

DATED this 8th day of May, 2012.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge